IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKEY CARNELL STARR, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:09-CV-1211-O |
| RICK THALER, Director TDCJ-CID, | § | |
| Defendant. | § | |

# ORDER

Before the Court is the Magistrate Judge's Recommendation Regarding Motion to Proceed In Forma Pauperis on Appeal (ECF No. 17), filed on June 2, 2011. The Magistrate Judge recommends granting Petitioner's Motion to Proceed In Forma Pauperis on Appeal. *See* ECF No. 17. Having considered the motion, the Recommendation, and the applicable law the Court **ACCEPTS** the Recommendation of the Magistrate Judge.

It is therefore **ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis on Appeal is hereby **GRANTED**.

**SO ORDERED** on this **6th** day of **June, 2011**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1